UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA           :
                                   :        Hon. Joseph A. Dickson
        v.                         :
                                   :        Crim. No. 20-8102
YEZENIA CASTILLO,                  :
  a/k/a "Yezenia Maldanad"         :        **SEALING ORDER**
                                   :

        This matter having been brought before the Court upon application of Craig

Carpenito, the United States Attorney for the District of New Jersey (Vijay Dewan

and Sammi Malek, Assistant United States Attorneys, appearing), for an order

sealing the Complaint and Arrest Warrant issued on this date against Defendant

Yezenia Castillo, and for good cause shown,

        IT IS on this 2ND day of March, 2020,

        ORDERED that, except for such copies of the Arrest Warrant as are

necessary to accomplish its purpose, the Complaint, Arrest Warrant, and this

Order be and hereby are SEALED until the Arrest Warrant is executed or until

further order of the Court.   IT IS FURTHER ORDERED that, once the Arrest

Warrant is executed that the Complaint, Arrest Warrant, and this Order be and

hereby are unsealed.

                                   _____
                                   HONORABLE JOSEPH A. DICKSON
                                   UNITED STATES MAGISTRATE JUDGE