# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: JOSEPH A. DICKSON |
| v. | MAGISTRATE NO.: 20-8102 |
| YEZENIA CASTILLO | DATE OF PROCEEDINGS: 3/3/20 |
| | DATE OF ARREST: 3/3/20 |

PROCEEDINGS: Initial Appearance

( ) COMPLAINT
(**X**) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: __ AFPD __ CJA
(**X**) WAIVER OF HRG.: **X** PRELIM __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: __ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(**X**) BAIL SET: **$100,000**
(**X**) UNSECURED BOND
( ) SURETY BOND SECURED BY CASH / PROPERTY
(**X**) TRAVEL RESTRICTED **NJ & NYC, unless approved by PTS**
(**X**) REPORT TO PRETRIAL SERVICES
(**X**) DRUG TESTING AND/OR TREATMENT
(**X**) MENTAL HEALTH TESTING AND/OR TREATMENT
(**X**) SURRENDER &/OR OBTAIN NO PASSPORT
(**X**) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.     DATE: _____
( ) DETENTION / BAIL HRG.     DATE: _____
( ) TRIAL: __ COURT __ JURY     DATE: _____
( ) SENTENCING     DATE: _____
( ) OTHER: _____     DATE: _____

APPEARANCES:

AUSA   VIJAY DEWAN

DEFT. COUNSEL   SUZANNE AXEL, Esq. (Retained)

PROBATION _____

INTERPRETER _____
    Language: (    )

Time Commenced: 3:18 p.m.
Time Terminated: 3:24 p.m.
CD No:   ECR

*Jessica Batista*
DEPUTY CLERK