# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Dickson |
| v. | : | Mag. No. 20-8102 |
| YEZENIA CASTILLO<br>a/k/a "Yezenia Maldanado" | : | **ORDER FOR A CONTINUANCE** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Vijay Dewan and Sammi Malek, Assistant United States Attorneys), and defendant Yezenia Castillo (by Suzanne Axel, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including April 30, 2020 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and the defendant, through his attorney, having consented to the continuance; and this being the first request for a continuance in this matter, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Defense counsel requires additional time to examine the pleadings and gather facts;

(2) The grant of a continuance will likely conserve judicial resources; and

(3) Plea negotiations are anticipated, and the parties desire additional time to negotiate a plea agreement, which would render any subsequent trial of this matter unnecessary; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 3rd day of March, 2020;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including April 30, 2020; and it is further

ORDERED that the period from the date this Order is signed through and including April 30, 2020 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE JOSEPH A. DICKSON
United States Magistrate Judge

Form and entry consented to:

_____
Suzanne Axel, Esq. / Brian J. Neary
Counsel for Defendant

/s/ Vijay Dewan

_____
Vijay Dewan
Assistant U.S. Attorney