## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joseph A. Dickson |
| | : | |
| v. | : | Mag. No. 20-8102 |
| | : | |
| YEZENIA CASTILLO | : | **ORDER FOR A CONTINUANCE** |
| a/k/a "Yezenia Maldanado" | : | |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Vijay Dewan and Sammi Malek, Assistant United States Attorneys), and defendant Yezenia Castillo (by John Boulton, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through and including December 30, 2020 to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations; and the defendant, through his attorney, having consented to the continuance; and this being the fourth request for a continuance in this matter, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)  Defense counsel requires additional time to examine the pleadings and gather facts;

(2) The grant of a continuance will likely conserve judicial resources; and

(3) Plea negotiations are anticipated, and the parties desire additional time to negotiate a plea agreement, which would render any subsequent trial of this matter unnecessary; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this **29th** day of September, 2020;

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through and including December 30, 2020; and it is further

ORDERED that the period from the date this Order is signed through and including December 30, 2020 shall be excludable in computing time under the Speedy Trial Act of 1974.

                                                  **s/Joseph A. Dickson**
                                                  HONORABLE JOSEPH A. DICKSON
                                                  United States Magistrate Judge

Form and entry consented to:

/s/ John Boulton
John Boulton
Counsel for Defendant


/s/ Vijay Dewan
_____
Vijay Dewan
Assistant U.S. Attorney