PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Yezenia Castillo                          Docket No. **20-8102**

### Petition for Action on Conditions of Pretrial Release

COMES NOW KATHLEEN CULLEN PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Yezenia Castillo**, who was placed under pretrial release supervision by the **HONORABLE JOSEPH A. DICKSON** sitting in the Court at **50 Walnut Street**, on **March 3, 2020**, under the following conditions:

$100,000 Unsecured Appearance Bond
1. Pretrial Services Supervision
2. Defendant released to the third-party custody of Carlos Castillo
3. Travel restricted to New Jersey and New York City, unless approved by Pretrial Services.
4. Surrender all passports and travel documents to Pretrial Services. Do not apply for any new travel documents.
5. Mental health testing and treatment as directed by Pretrial Services.
6. Abstain from the excessive use of Alcohol.
7. Maintain current residence or residence approved by Pretrial Services.
8. Maintain or actively seek employment as approve by Pretrial Services.
9. No contact with victims or witness unless in the presence of counsel.
10. No new bank accounts unless approved by Pretrial Services.
11. Restricted from employment where Defendant has access to 3rd party bank or financial accounts.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER: **Schedule a bail violation hearing.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 14th day of March, 2022 and ordered filed and made a part of the records in the above case. | Executed on 3/11/2022 |
| /s/ Michael Hammer | /s/ Kathleen Cullen |
| MICHAEL HAMMER<br>U.S. Magistrate Judge | KATHLEEN CULLEN<br>U.S. Pretrial Services Officer |

Bail Violation Hearing set for 3/15/2022 at 3:30 p.m. via Zoom.