PS 8
(12 04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Yezenia Castillo**                              Docket No. **20-8102**

### Petition for Action on Conditions of Pretrial Release

COMES NOW KATHLEEN CULLEN PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Yezenia Castillo**, who was placed under pretrial release supervision by the **HONORABLE JOSEPH A. DICKSON** sitting in the Court at **50 Walnut Street**, on **March 3, 2020**, under the following conditions:

$100,000 Unsecured Appearance Bond;
1. Pretrial Services Supervision
2. Defendant released to the third-party custody of Carlos Castillo
3. Travel restricted to New Jersey and New York City, unless approved by Pretrial Services.
4. Surrender all passports and travel documents to Pretrial Services. Do not apply for any new travel documents.
5. Mental health testing and treatment as directed by Pretrial Services.
6. Abstain from the excessive use of Alcohol.
7. Maintain current residence or residence approved by Pretrial Services.
8. Maintain or actively seek employment as approve by Pretrial Services.
9. No contact with victims or witness unless in the presence of counsel.
10. No new bank accounts unless approved by Pretrial Services.
11. Restricted from employment where Defendant has access to 3rd party bank or financial accounts.

On March 11, 2022, Pretrial Services filed a Petition for Action requesting a bail hearing as the was non complaint with bail conditions. Specifically, the defendant had obtained new charges.

On April 13, 2022, the defendant appeared via zoom for a bail violation hearing before the Honorable James B. Clark, III. At that time, the Court adjourned the matter and scheduled a status hearing for June 3, 2022. The defendant was awarded an opportunity to demonstrate compliance with bail conditions.

On June 3, 2022, the Court adjourned the status hearing as requested by defense counsel and government for August 15, 2022.

On July 7, 2022, an Informational Memo was submitted to the Court as the defendant has obtained new charges. Specifically, On May 30, 2022, the defendant was arrested and charged by Hoboken Police Department with Simple Assault and Unlawful Possession of Weapon under Complaint S-2022-389-0905.

On August 15, 2022, the Court adjourned the status hearing as requested by defense counsel and government for October 5, 2022.

On September 26, 2022, Pretrial Services filed a Petition for Action requesting a bail hearing as the defendant was noncompliant with bail conditions. Specifically, the defendant was noncompliant with substance abuse treatment and had been testing positive for Alcohol. The defendant was ordered to attend inpatient substance abuse treatment.

On October 28, 2022, Pretrial Services filed a Petition for Action requesting a bail hearing as the defendant was noncompliant with bail conditions. Specifically, the defendant had obtained new charges.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER: **Issue a warrant to lodge as a detainer against the defendant.**

ORDER OF COURT

Considered and ordered this ___31st___ day of ___October___, ___2022___ and ordered filed and made a part of the records in the above case.

JAMES B. CLARK III
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
_____10/30/2022_____

*Kathleen Cullen*

KATHLEEN CULLEN
United States Pretrial Services Officer